United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-11216
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

BENJAMIN DUNN,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:01-CR-3-ALL
--------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender has moved for leave to withdraw
from representation of Benjamin Dunn and has filed a brief in
accordance with Anders v. California, 386 U.S. 738 (1967).  Dunn
has not responded to counsel's motion and brief.  Our independent
review of the record and counsel's brief shows that there are no
nonfrivolous issues for appeal.  Accordingly, the motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and this appeal is DISMISSED.  See 5TH
CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.